**Electronically Filed
Supreme Court
SCPR-22-0000714
06-DEC-2022
09:53 AM
Dkt. 3 OGP**

SCPR-22-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ROBERT E. CHAPMAN (Bar No. 2679),
Respondent.

---

ORIGINAL PROCEEDING
(ODC 20-0024)

ORDER GRANTING PETITION TO RESIGN IN LIEU OF DISCIPLINE
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition submitted by the Office of Disciplinary Counsel, with the approval of the Disciplinary Board of the Hawai'i Supreme Court, for an order granting the request of attorney Robert E. Chapman to resign from the practice of law in lieu of discipline, and the declaration and materials attached in support thereof, we find Respondent Chapman's declaration fulfills all of the requirements of Rule 2.14(a) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and find Respondent Chapman admits to misconduct that we conclude represents egregious violations of Rules 1.2(a),

1.9(c)(1), 3.1, 3.3(a)(1), 3.3(a)(4), 3.4(b), 8.4(a), 8.4(b), and 8.4(c) of the Hawaiʻi Rules of Professional Conduct (2014), misconduct which we conclude warrants granting the petition. Therefore,

IT IS HEREBY ORDERED that the petition to resign in lieu of discipline is granted. The resignation shall become effective 30 days after the entry date of this order, pursuant to RSCH Rules 2.14(d) and 2.16(c).

IT IS FURTHER ORDERED that the Clerk of this court shall remove Robert E. Chapman's name from the role of attorneys licensed to practice law in this jurisdiction and, within thirty days after entry of this order, Respondent Chapman shall submit to the Clerk the original certificate evidencing his license to practice law in this jurisdiction or an affidavit or declaration establishing good cause for his failure to do so.

IT IS FURTHER ORDERED that Respondent Chapman shall comply with the requirements of RSCH Rule 2.16 governing disbarred attorneys, the Disciplinary Board shall provide notice of the disbarment as required by RSCH Rule 2.16(e), and the Clerk shall provide notice to all state judges, pursuant to RSCH Rule 2.16(f).

IT IS FURTHER ORDERED that Respondent Chapman shall bear the costs of ODC's investigation and any preliminary

2

disciplinary proceedings upon the timely submission by ODC of a verified bill of costs, as authorized by RSCH Rule 2.3(c).

DATED: Honolulu, Hawaiʻi, December 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

